defendant on July 9, 1974. Defendant was further advised by this court that he had until September 11, 1974, to file any points in support of his appeal, after which date the court would make a full examination of all proceedings and decide whether the appeal is frivolous. The defendant has neither obtained new counsel nor filed any briefs in support of his appeal.

After reviewing the record, we concur in the opinion of the public defender that there are no additional grounds for appeal which are not frivolous. Accordingly, the motion of the public defender for leave to withdraw as counsel is granted and the judgment of the circuit court of Cook County is affirmed.

Motion allowed.

Judgment affirmed.

ADESKO, P. J., and BURMAN, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ANTHONY NIGHTENGALE, Defendant-Appellant.

(No. 59831;

First District (1st Division)—November 4, 1974.

130

Opinion by Mr. JUSTICE BURKE.

Philip M. Basvic, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Mary Ellen Dienes, Assistant State's Attorneys, of counsel), for the People.